IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TALL and JOANNE OLIVAS,<br><br>      Plaintiffs,<br><br>  v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"); DEUTSCHE BANK NATIONAL TRUST COMPANY; AMERICAN HOME MORTGAGE ASSETS TRUST 2006-5; and AMERICAN HOME MORTGAGE CORPORATION,<br><br>      Defendants.<br>_____ / | No. C 12-05348 WHA<br><br>**ORDER SETTING HEARING RE PLAINTIFFS' EX PARTE APPLICATION FOR A TRO** |

On November 8, 2012, plaintiffs Brian Tall and Joanne Olivas filed an *ex parte* application for a temporary restraining order and order to show cause re preliminary injunction. Plaintiffs seek an order enjoining defendants and their employees, agents, and persons acting on their behalf from foreclosing on, transferring ownership of, or further encumbering the real property located at 3716 Kay Court, Fremont, California 94538. The foreclosure sale of the property is scheduled for November 15, 2012. Plaintiffs stated that counsel for defendants were given notice and that the TRO papers were provided to them.

A hearing is hereby set for **3:30 P.M. ON NOVEMBER 13** in Courtroom 8, 19th Floor. Defendants shall file a written response by **5:00 P.M. ON NOVEMBER 9**. Plaintiffs must serve this order on defendants as soon as possible, but no later than close of business today.

**IT IS SO ORDERED.**

Dated: November 8, 2012.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE