IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN TALL and JOANNE OLIVAS,

    Plaintiffs,

  v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"); DEUTSCHE BANK NATIONAL TRUST COMPANY; AMERICAN HOME MORTGAGE ASSETS TRUST 2006-5; and AMERICAN HOME MORTGAGE CORPORATION,

    Defendants.

No. C 12-05348 WHA

**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

By order dated December 21, 2012, plaintiffs' complaint was dismissed. Plaintiffs were given until January 11, 2013, to file a motion for leave to file a proposed amended complaint. At the case management hearing on January 10, at which no one appeared for plaintiffs, no further dates in this action were set as plaintiffs had not yet filed their motion. The January 11 deadline has passed, and no motion was filed.

The action is hereby **DISMISSED FOR FAILURE TO PROSECUTE**. Judgment will be entered by separate order.

**IT IS SO ORDERED.**

Dated: January 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE